DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

MAYBERRY v. CAMPBELL
   No. 91 PC.

   Case below: 16 N.C. App. 375.

   Petition for writ of certiorari to North Carolina Court of Appeals denied 13 December 1972.

STATE v. COXE
   No. 96 PC.

   Case below: 16 N.C. App. 301.

   Petition for writ of certiorari to North Carolina Court of Appeals denied 13 December 1972.

STATE v. DRAUGHN
   No. 80 PC.

   Case below: 16 N.C. App. 426.

   Petition for writ of certiorari to North Carolina Court of Appeals denied 5 December 1972.

STATE v. GARCIA
   No. 74 PC.

   Case below: 16 N.C. App. 344.

   Petition for writ of certiorari to North Carolina Court of Appeals denied 5 December 1972.

STATE v. GUFFEY
   No. 66 PC.

   Case below: 16 N.C. App. 444.

   Petition for writ of certiorari to North Carolina Court of Appeals allowed 13 December 1972.